RYAN ALEXANDER
Nevada Bar No. 10845
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 58
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KEANA MILLS, an Individual<br><br>　　　　　Plaintiff,<br>　v.<br><br>THE SEIGEL GROUP NEVADA, INC., a Nevada Corporation doing business as "SIEGEL SUITES CHARLESTON," DELICIOUS HOLDING LLC, a Nevada Limited Liability Company doing business as "MENCHIE'S," and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br>　　　　　Defendants. | Case No.: 2:15-cv-1318<br><br>**STIPULATION TO CONTINUE DEADLINE FOR FILING A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**AND ORDER THEREON** |

KEANA MILLS ("Mills"), by and through her counsel of record, Ryan Alexander, and THE SIEGEL GROUP NEVADA INC. and DELICIOUS HOLDINGS LLC (the "Defendants"), by and through its counsel of record, David Stoft,

**HEREBY STIPULATE AND AGREE** that the deadline for Defendants to file a response to Plaintiff's Complaint is extended to September 24, 2015.

~~**IT IS FURTHER STIPULATED** that a proposed order reflecting the above stipulation will be uploaded for the Court's signature.~~

**IT IS SO STIPULATED.**

// 

// 

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 08/24/2015

1

DATED this 24th day of August, 2015.

THE SIEGEL GROUP

By    /s/   David J. Stoft
DAVID J. STOFT, ESQ. (NSBN 10241)
3790 Paradise Road, Suite 250
Las Vegas, NV 89169
dstoft@siegelcompanies.com
*Attorneys for The Siegel Group Nevada Inc.*
*and Delicious Holdings LLC*

RYAN ALEXANDER, CHTD.

_____
RYAN ALEXANDER
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste. 58
Las Vegas, NV 89102
*Attorney for Plaintiff*