THE SIEGEL GROUP
DAVID J. STOFT (NVBN 10241)
3790 Paradise Road, Suite 250
Las Vegas, NV  89169
Telephone: (702) 952-1939
Facsimile: (702) 947-8317
dstoft@siegelcompanies.com
*Attorneys for The Siegel Group Nevada Inc.*
*and Delicious Holdings LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEANA MILLS, an individual, | Case No.   2:15-cv-01318 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS** |
| THE SIEGEL GROUP NEVADA INC., a Nevada corporation doing business as "SIEGEL SUITES CHARLESTON"; DELICIOUS HOLDINGS, LLC, a Nevada limited liability company doing business as "MENCHIES"; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive | |
| Defendants. | |

KEANA MILLS, by and through her counsel of record, Ryan Alexander, THE SIEGEL GROUP NEVADA INC., by and through its counsel of record, David Stoft, and DELICIOUS HOLDINGS LLC, by and through its counsel of record, Ken Hogan,

**HEREBY STIPULATE AND AGREE** that this matter be dismissed in its entirety, with each side to bear its own attorneys' fees and costs, and that this Court shall retain jurisdiction over the settlement agreement reached among the parties.

Dated this 19th day of January, 2016.              Dated this 19th day of January, 2016.

THE SIEGEL GROUP                                    LAW OFFICES OF RYAN ALEXANDER

By ___/s/  *David Stoft*_____              By ___/s/  *Ryan Alexander*_____
   DAVID J. STOFT, ESQ. (NSBN 10241)                RYAN ALEXANDER (NSBN 10845)
   3790 Paradise Road, Suite 250                     200 E. Charleston Blvd.
   Las Vegas, NV  89169                              Las Vegas, NV 89104
   *Attorneys for The Siegel Group Nevada Inc.*       *Attorney for Keana Mills*

THE SIEGEL GROUP
A Division of the Siegel Group Nevada Inc.
3790 PARADISE ROAD • SUITE 250 • LAS VEGAS, NEVADA 89169
PHONE (702) 952-1939 • FAX (702) 947-8317

Dated this 19th day of January, 2016.

HOGAN HULET PLLC

By _____/s/_ _Kenneth Hogan_____

KENNETH E. HOGAN (NSBN 10083)
7450 Arroyo Crossing Pkwy, Suite 270
Las Vegas, Nevada 89113
_Attorneys for Delicious Holdings LLC_

This Court shall retain jurisdiction over this matter solely for the purpose of enforcing the settlement agreement reached among the parties.

**IT IS SO ORDERED.**

_____

Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** January 21, 2016

THE SIEGEL GROUP
A Division of the Siegel Group Nevada Inc.
3790 PARADISE ROAD • SUITE 250 • LAS VEGAS, NEVADA 89169
PHONE (702)952-1939 • FAX (702) 947-8317